**Order entered August 7, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00291-CV

### IN THE INTEREST OF B.H. AND J.H., CHILDREN

### On Appeal from the 305th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JC-16-00779-X

## ORDER

Appellant Mother's motion for extension of time to file her amended brief is **GRANTED**, and the amended brief received by the Court on July 30, 2018 is **ORDERED** filed as of that date.

/s/     ELIZABETH LANG-MIERS
           PRESIDING JUSTICE